HENNING LAND & INVESTMENT COMPANY, A CORPORATION UNDER THE LAWS OF NEW YORK, AND THE HENNING LAND IMPROVEMENT COMPANY, A CORPORATION, UNDER THE LAWS OF THE STATE OF NEW YORK, *Appellants,* v. AUGUSTUS WINGOOD, *Appellee.*

Decision Filed May 7, 1925.

En Banc.

An Appeal from the Circuit Court for Sumter County; J. C. B. Koonce, Judge.

*H. M. Hampton,* for Appellants;

No appearance for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the

decree herein, and briefs and argument of counsel for appellants, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE AND TERRELL, J. J., concur.